Drew R. Hansen (SBN 218382)
Hansen.Drew@arentfox.com
Steven A. Haskins (SBN 238865)
Haskins.Steven@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
INTERSECTIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; INTERSECTIONS INC.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100,<br><br>Defendants. | Case No. CV 10 653<br><br>[Assigned to Judge Joseph C. Spero]<br><br>**STIPULATION TO EXTEND DEFENDANTS INTERSECTIONS INC. AND BANK OF AMERICA CORPORATION'S TIME TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)**<br><br>Complaint Served: on Bank of America Corporation on March 3, 2010 and on Intersections Inc. on March 5, 2010<br><br>Initial Response Date: March 24, 2010 for Bank of America Corporation and March 26, 2010 for Intersections Inc.<br><br>New Response Date: April 2, 2010<br><br>Complaint Filed: February 16, 2010<br>Trial Date: None Set |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO EXTEND TIME FOR ANSWER [CASE NO. CV 10 653]

1   This Stipulation is entered into by and among Plaintiff Steven Chavez ("Plaintiff"), and
2   Defendants Intersections Inc. ("Intersections") and Bank of America Corporation ("Bank of
3   America") (Intersections and Bank of America are referred to collectively hereafter as
4   "Defendants," with the term "Parties" referring collectively to both Plaintiff and Defendants),
5   through their respective counsel with reference to the following:

6   **RECITALS**

7   WHEREAS, Plaintiff filed his Class Action Complaint For Equitable Relief in this matter
8   on or about February 16, 2010;

9   WHEREAS, Plaintiff served his Class Action Complaint on Bank of America on or about
10  March 3, 2010;

11  WHEREAS, Plaintiff served his Class Action Complaint on Intersections on or about
12  March 5, 2010;

13  WHEREAS, Plaintiff has yet to serve his Class Action Complaint on FIA Card Services,
14  N.A.;

15  WHEREAS, Federal Rule of Civil Procedure 12(a)(1)(A) provides that a defendant must
16  serve an answer within 21 days after being served with the summons and complaint;

17  WHEREAS, Bank of America's answer or other responsive pleading is thus now
18  scheduled for March 24, 2010;

19  WHEREAS, Intersections' answer or other responsive pleading is thus now scheduled for
20  March 26, 2010;

21  WHEREAS, the Parties have agreed to extend the time for Defendants to serve their
22  answers or other responsive pleadings until April 2, 2010;

23  WHEREAS, Civil L.R. 6-1(a) allows the parties to stipulate in writing, without a Court
24  order, to extend the time within which to answer or otherwise respond to the complaint.

25  //
26  //
27  //
28  //

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel that the deadline for Defendants Bank of America Corporation and Intersections, Inc. to answer or otherwise respond to the complaint shall be up to and including April 2, 2010.

This Stipulation is being promptly filed pursuant to Civil L.R. 5 of the Northern District of California.

Dated: March 19, 2010            ARENT FOX LLP


                                 By:      /s/ Drew R. Hansen
                                      Drew R. Hansen
                                      Attorneys for Defendant
                                      INTERSECTIONS INC.

Dated: March 19, 2010            REED SMITH LLP


                                 By:      /s/ Ann K. Miller
                                      Ann K. Miller
                                      Attorneys for Defendant
                                      BANK OF AMERICA CORPORATION

Dated: March 19, 2010            GLANCY BINKOW & GOLDBERG LLP


                                 By:      /s/ Kevin Ruf
                                      Kevin Ruf
                                      Marc L. Godino
                                      Coby M. Vink
                                      Attorneys for Plaintiff
                                      STEVEN CHAVEZ

Dated: 3/22/10

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA