| | |
|---|---|
| 1 | Drew R. Hansen (SBN 218382) |
|   | Hansen.Drew@arentfox.com |
| 2 | Steven A. Haskins (SBN 238865) |
|   | Haskins.Steven@arentfox.com |
| 3 | ARENT FOX LLP |
|   | 555 West Fifth Street, 48th Floor |
| 4 | Los Angeles, CA  90013-1065 |
|   | Telephone:    213.629.7400 |
| 5 | Facsimile:     213.629.7401 |
| 6 | Attorneys for Defendant |
|   | INTERSECTIONS INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CHAVEZ, individually and on behalf of all others similarly situated, | Case No. CV 10 653 |
| Plaintiff, | [Assigned to Judge Joseph C. Spero] |
| v. | **STIPULATION TO EXTEND DEFENDANTS INTERSECTIONS INC. AND BANK OF AMERICA CORPORATION'S TIME TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)** |
| BANK OF AMERICA CORPORATION; INTERSECTIONS INC.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100, | |
| Defendants. | Complaint Served: on Bank of America Corporation on March 3, 2010 and on Intersections Inc. on March 5, 2010 |
| | Current Response Date: April 2, 2010 for Bank of America Corporation and Intersections Inc. |
| | New Response Date: April 26, 2010 |
| | Complaint Filed:    February 16, 2010 |
| | Trial Date:              None Set |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO EXTEND TIME FOR ANSWER [CASE NO. CV 10 653]

TECH\830273.1

1  This Stipulation is entered into by and among Plaintiff Steven Chavez ("Plaintiff"), and
2  Defendants Intersections Inc. ("Intersections") and Bank of America Corporation ("Bank of
3  America") (Intersections and Bank of America are referred to collectively hereafter as
4  "Defendants," with the term "Parties" referring collectively to both Plaintiff and Defendants),
5  through their respective counsel with reference to the following:

6  **RECITALS**

7  WHEREAS, Plaintiff filed his Class Action Complaint For Equitable Relief in this matter
8  on or about February 16, 2010;

9  WHEREAS, Plaintiff served his Class Action Complaint on Bank of America on or about
10  March 3, 2010;

11  WHEREAS, Plaintiff served his Class Action Complaint on Intersections on or about
12  March 5, 2010;

13  WHEREAS, Plaintiff has yet to serve his Class Action Complaint on FIA Card Services,
14  N.A.;

15  WHEREAS, Bank of America's answer or other responsive pleading was originally due to
16  be filed on March 24, 2010;

17  WHEREAS, Intersections' answer or other responsive pleading was originally due to be
18  filed on March 26, 2010;

19  WHEREAS, the Parties agreed to extend the time for Defendants to serve their answers or
20  other responsive pleadings to April 2, 2010 and filed a stipulation with the Court pursuant to Civil
21  L.R. 6-1(a);

22  WHEREAS, the Court approved of the aforementioned stipulation on March 22, 2010,
23  thereby extending the deadline for Defendants to respond to the complaint to April 2, 2010;

24  WHEREAS, the Parties now wish to stipulate to an additional extension of time for
25  Defendants to respond to the complaint (i.e., from April 2, 2010 to April 26, 2010);

26  WHEREAS, the proposed extension will not impact any date set by the Court; and
27  WHEREAS, Civil L.R. 6-1(a) allows the Parties to stipulate in writing, without a Court
28  order, to extend the time within which to answer or otherwise respond to the complaint.

# **STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel that the deadline for Defendants Bank of America Corporation and Intersections, Inc. to answer or otherwise respond to the complaint shall be up to and including April 26, 2010.

This Stipulation is being promptly filed pursuant to Civil L.R. 5 of the Northern District of California.

Dated: March 25, 2010             ARENT FOX LLP


By:        /s/ Drew R. Hansen
   Drew R. Hansen
   Attorneys for Defendant
   INTERSECTIONS INC.

Dated: March 25, 2010             REED SMITH LLP


By:        /s/ David Powell
   David C. Powell
   Attorneys for Defendant
   BANK OF AMERICA CORPORATION

Dated: March 25, 2010             GLANCY BINKOW & GOLDBERG LLP


By:        /s/ Kevin Ruf
   Kevin Ruf
   Marc L. Godino
   Coby M. Vink
   Attorneys for Plaintiff
   STEVEN CHAVEZ

Dated: March 26, 2010

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Joseph C. Spero]