David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Ann K. Miller (SBN 219138)
Email: akmiller@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendants,
Bank of America Corporation and
FIA Card Services, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; INTERSECTIONS INC.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100,<br>Defendants. | Case No. 3:10-CV-653<br><br>[Assigned to Judge Joseph C. Spero]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER EXTEND RESPONDENTS' TIME TO RESPOND TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)**<br><br>Complaint Served: March 5, 2010<br><br>Current Response Date: April 26, 2010<br><br>New Response Date: May 24, 2010<br><br>**Complaint Filed: February 16, 2010**<br>**Trial Date: None Set** |

Case 2:09-cv-08007-DSF-CW
STIPULATED REQUEST TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT (Case No. 3:10-CV-653)

Pursuant to Local Rules 6.1(b) and 6-2, the parties hereby stipulate to request that this Court enter an order to further extend the time for the Defendants who will have been served on or before April 24, 2010, to respond to Plaintiff's Complaint filed on February 16, 2010. This Stipulation is entered into by and among Plaintiff Steven Chavez ("Chavez") and Respondents Intersections Inc. ("Intersections"), Bank of America Corporation ("Bank of America") and FIA Card Services, National Association ("FIA") (Plaintiff and Respondents are collectively referred to hereafter as the "Parties"), through their respective counsel with reference to the following:

## RECITALS

WHEREAS, Plaintiff filed his Class Action Complaint for Equitable Relief in this matter on or about February 16, 2010;

WHEREAS, Plaintiff served his Class Action Complaint on Bank of America on or about March 3, 2010;

WHEREAS, Plaintiff served his Class Action Complaint on Intersections on or about March 5, 2010;

WHEREAS, Plaintiff served his Class Action Complaint on FIA on or before April 21, 2010;

WHEREAS, on March 22, pursuant to stipulation of the Parties and Civil Local Rule 6-1(a), this Court ordered that the date for Bank of America and Intersections to respond to the Complaint be extended to April 2, 2010;

WHEREAS, on March 26, pursuant to stipulation of the Parties, this Court ordered that the date for Bank of America and Intersections to respond to the Complaint be extended to April 26, 2010;

//
//
//
//

| | |
|---|---|
| 1 | WHEREAS, the Parties are conducting ongoing factual investigations that may lead to |
| 2 | amendment of the Complaint; |
| 3 | WHEREAS, the Parties are conducting ongoing negotiations that may lead to early settlement |
| 4 | of this litigation; |
| 5 | WHEREAS, the Parties now wish to stipulate to an additional extension of time for all |
| 6 | Defendants to serve their answers or other responsive pleadings (*i.e.*, from April 26, 2010 to May 24, |
| 7 | 2010); |
| 8 | WHEREAS, Civil Local Rules 6-1(b) and 6-2 allow the Parties to request a Court Order to |
| 9 | enlarge the time within which to answer or otherwise respond to the Complaint by written |
| 10 | stipulation; and |
| 11 | WHEREAS, the requested extension would have no effect on the schedule for the case or any |
| 12 | date set by the Court; |
| 13 | // |
| 14 | // |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 3 -    Case 2:09-cv-08007-DSF-CW
STIPULATED REQUEST TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT (Case No. 3:10-CV-653)

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel to request that this Court order that all Respondents' answers or other responsive pleadings shall be filed on or before May 24, 2010.

This Stipulation is being promptly filed pursuant to Civil L.R. 5 of the Northern District of California.

DATED: April 21, 2010　　　　REED SMITH LLP

　　　　　　　　　　　　　　　/s/ Ann K. Miller
　　　　　　　　　　　　　　　David C. Powell
　　　　　　　　　　　　　　　Heather Hoesterey
　　　　　　　　　　　　　　　Ann K. Miller
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　Bank of America Corporation and
　　　　　　　　　　　　　　　FIA Card Services, N.A.

DATED: April 21, 2010　　　　ARENT FOX LLP

　　　　　　　　　　　　　　　/s/ Drew R. Hansen
　　　　　　　　　　　　　　　Drew R. Hansen
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　INTERSECTIONS INC.

DATED: April 21, 2010　　　　GLANCY BINKOW & GOLDBERG LLP

　　　　　　　　　　　　　　　/s/ Marc L. Godino
　　　　　　　　　　　　　　　Kevin Ruf
　　　　　　　　　　　　　　　Marc L. Godino
　　　　　　　　　　　　　　　Coby M. Vink
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　Steven Chavez

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

April 22, 2010　　　　　　　　　　　　　　　　_____
　　Date　　　　　　　　　　　　　　　　　　　Judge Joseph C. Spero

- 4 -　　　Case 2:09-cv-08007-DSF-CW

STIPULATED REQUEST TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT (Case No. 3:10-CV-653)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1510 Page Mill Road, Suite 110, Palo Alto, California 94304. On April 21, 2010, I served the following document(s) by the method indicated below:

**STIPULATION TO FURTHER EXTEND RESPONDENTS' TIME TO RESPOND TO COMPLAINT**

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Northern District of California, Website www.ecf.cand.uscourts.gov.

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**SERVICE LIST ATTACHED**

☒ [Federal] I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 21, 2010, at Palo Alto, California.

/s/ Ann K. Miller
Ann K. Miller

- 5 -   Case 2:09-cv-08007-DSF-CW
STIPULATED REQUEST TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT (Case No. 3:10-CV-653)

## SERVICE LIST

| | |
|---|---|
| **BY ELECTRONIC DELIVERY**<br>Kevin F. Ruf (SBN 136901)<br>Marc L. Godino (SBN 182689)<br>Coby M. Vink (SBN 266298)<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 | Attorneys for Plaintiff, Steven Chavez<br>Telephone: 310-201-9150<br>Facsimile: 310-201-9160 |
| **BY ELECTRONIC DELIVERY**<br>Drew R. Hansen (SBN 218382)<br>Hansen.Drew@arentfox.com<br>Steven A. Haskins (SBN 238865)<br>Haskins.Steven@arentfox.com<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 | Attorneys for Respondent, Intersections, Inc.<br>Telephone: 213.629.7400<br>Facsimile: 213.629.7401 |