David C. Powell (SBN 129781)
Email: dcpowell@reedsmith.com
Heather Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Ann K. Miller (SBN 219138)
Email: akmiller@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    415.543.8700
Facsimile:    415.391.8269

Attorneys for Defendants,
Bank of America Corporation and
FIA Card Services, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; INTERSECTIONS INC.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100,<br>Defendants. | Case No. 3:10-CV-653<br><br>[Assigned to Magistrate Judge Joseph C. Spero]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CASE SCHEDULE PURSUANT TO CIVIL L.R. 6-1(b)**<br><br>Complaint Served:  March 5, 2010<br><br>Current Scheduled Date for Case Management Conference:  May 28, 2010<br><br>New Date for Case Management Conference: July 2, 2010<br><br>**Complaint Filed:**    February 16, 2010<br>**Trial Date:**           None Set |

Case 2:09-cv-08007-DSF-CW

STIPULATED REQUEST TO EXTEND CASE SCHEDULE (Case No. 3:10-CV-653)

Pursuant to Local Rules 6.1(b) and 6-2, the parties hereby stipulate to request that this Court enter an order to further the case schedule. This Stipulation is entered into by and among Plaintiff Steven Chavez ("Chavez") and Respondents Intersections Inc. ("Intersections"), Bank of America Corporation ("Bank of America") and FIA Card Services, National Association ("FIA") (Plaintiff and Respondents are collectively referred to hereafter as the "Parties"), through their respective counsel with reference to the following:

## RECITALS

WHEREAS, Plaintiff filed his Class Action Complaint for Equitable Relief in this matter on or about February 16, 2010;

WHEREAS, Plaintiff served his Class Action Complaint on Bank of America on or about March 3, 2010;

WHEREAS, Plaintiff served his Class Action Complaint on Intersections on or about March 5, 2010;

WHEREAS, Plaintiff served his Class Action Complaint on FIA on or about April 21, 2010;

WHEREAS, on March 22, pursuant to stipulation of the Parties and Civil Local Rule 6-1(a), this Court ordered that the date for Bank of America and Intersections to respond to the Complaint be extended to April 2, 2010;

WHEREAS, on March 26, pursuant to stipulation of the Parties, this Court ordered that the date for Bank of America and Intersections to respond to the Complaint be extended to April 26, 2010;

WHEREAS, on April 22, pursuant to stipulation of the Parties, this Court ordered that the date for all Defendants to respond to the Complaint be extended to May 24, 2010;

WHEREAS, the current scheduled "last day" for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, and the current scheduled date for the parties to file ADR Certifications and Stipulation to ADR Process or Notice of Need for ADR Phone Conference is May 7, 2010;

1  WHEREAS, the current scheduled "last day" for the parties to file their Rule 26(f) Reports,
2  complete initial disclosures and file Case Management Statement is May 21, 2010;

3  WHEREAS, the current scheduled date for the parties' Initial Case Management Conference
4  is May 28, 2010;

5  WHEREAS, the Parties are conducting ongoing factual investigations that may lead to
6  amendment of the Complaint;

7  WHEREAS, the Parties are conducting ongoing negotiations that may lead to early settlement
8  of this litigation;

9  WHEREAS, several of the existing scheduled dates now precede the date by which
10 Defendants must serve their answers or other responsive pleadings;

11 WHEREAS, Civil Local Rules 6-1(b) and 6-2 allow the Parties to request a Court Order to
12 enlarge the time that would affect the date of an event or deadline already fixed by Court order, or
13 that would accelerate or extend time frames set in the Local Rules or in the Federal Rules;

14 WHEREAS, the requested extension would move the scheduled date for the Initial Case
15 Management Conference and preceding, dependent deadlines as currently set by the Court back by
16 34 days; and

17 WHEREAS, the requested extension would not affect any other deadlines as a trial date has
18 not been set;

19

20 **STIPULATION**

21

22 NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this
23 action through their undersigned counsel to request that this Court order that

24 • the last day for the parties to meet and confer regarding initial disclosures, early
25   settlement, ADR process selection and discovery plan, the date for the parties to file
26   ADR Certifications and Stipulation to ADR Process or Notice of Need for ADR
27   Phone Conference shall be June 11, 2010;

28 • the last day for the parties to file their Rule 26(f) Reports, complete initial disclosures

- 3 -  Case 2:09-cv-08007-DSF-CW

STIPULATED REQUEST TO EXTEND CASE SCHEDULE (Case No. 3:10-CV-653)

and file Case Management Statement shall be ~~June 25, 2010;~~ July 9, 2010 and

- the Initial Case Management Conference shall be ~~July 2, 2010~~ July 16, 2010 at 1:30 p.m. in Courtroom A, 15th Floor in the Northern District of California's San Francisco courthouse.

This Stipulation is being promptly filed pursuant to Civil L.R. 5 of the Northern District of California.

DATED: May 5, 2010

REED SMITH LLP

/s/ Ann K. Miller
David C. Powell
Heather Hoesterey
Ann K. Miller
Attorneys for Defendant
Bank of America Corporation and
FIA Card Services, N.A.

DATED: May 5, 2010

ARENT FOX LLP

/s/ Drew R. Hansen
Drew R. Hansen
Attorneys for Defendant
INTERSECTIONS INC.

DATED: May 5, 2010

GLANCY BINKOW & GOLDBERG LLP

/s/ Marc L. Godino
Kevin Ruf
Marc L. Godino
Coby M. Vink
Attorneys for Plaintiff
Steven Chavez

### ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED. AS MODIFIED.

May 6, 2010
_____
Date

_____
Judge Joseph C. Spero

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Joseph C. Spero / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

- 4 -

STIPULATED REQUEST TO EXTEND CASE SCHEDULE (Case No. 2:10-CV-653)

Case 2:09-CV-08007-DSF-CW

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1510 Page Mill Road, Suite 110, Palo Alto, California 94304. On May 5, 2010, I served the following document(s) by the method indicated below:

**STIPULATION TO FURTHER EXTEND RESPONDENTS' TIME TO RESPOND TO COMPLAINT**

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Northern District of California, Website www.ecf.cand.uscourts.gov.

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**SERVICE LIST ATTACHED**

☒ [Federal] I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 5, 2010, at Palo Alto, California.

/s/ Ann K. Miller
Ann K. Miller

# SERVICE LIST

| **BY ELECTRONIC DELIVERY**<br>Kevin F. Ruf (SBN 136901)<br>Marc L. Godino (SBN 182689)<br>Coby M. Vink (SBN 266298)<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 | Attorneys for Plaintiff, Steven Chavez<br>Telephone: 310-201-9150<br>Facsimile: 310-201-9160 |
|---|---|
| **BY ELECTRONIC DELIVERY**<br>Drew R. Hansen (SBN 218382)<br>Hansen.Drew@arentfox.com<br>Steven A. Haskins (SBN 238865)<br>Haskins.Steven@arentfox.com<br>ARENT FOX LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA  90013-1065 | Attorneys for Respondent, Intersections, Inc.<br>Telephone:   213.629.7400<br>Facsimile:     213.629.7401 |