| | |
|---|---|
| 1 | Drew R. Hansen (SBN 218382) |
| | Steven A. Haskins (SBN 238865) |
| 2 | ARENT FOX LLP |
| | 555 West Fifth Street, 48th Floor |
| 3 | Los Angeles, CA 90013-1065 |
| | Telephone: 213.629.7400 |
| 4 | Facsimile: 213.629.7401 |
| | hansen.drew@arentfox.com |
| 5 | haskins.steven@arentfox.com |
| 6 | Attorneys for Defendant |
| | INTERSECTIONS INC. |
| 7 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN M. CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; INTERSECTIONS INC.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100,<br><br>Defendants. | Case No. 3:10-cv-00653-JCS<br><br>[Assigned to Judge Joseph C. Spero]<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: February 16, 2010<br>Trial Date: None Set |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE DATE FOR INITIAL CASE
MANAGEMENT CONFERENCE [CASE NO. 3:10-CV-00653]

**[PROPOSED] ORDER**

This matter having come before the Court on the Stipulation of the Parties, and for good cause appearing, it is hereby ordered that:

1. The Stipulation of the Parties is approved;

2. The Case Management Conference currently scheduled for July 16, 2010 is hereby continued to ~~July 30, 2010 at~~ August 13, 2010 at 1:30 p.m.;

3. Marc L. Godino shall represent Plaintiff at the Case Management Conference;

4. All other dates previously ordered by the Court shall remain as scheduled.

**IT IS SO ORDERED.**

Dated: June 22, 2010

By: _____
The Hon. Joseph C. Spero
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

- 1 -
[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE [CASE NO. 3:10-CV-00653]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES