| | |
|---|---|
| 1 | Robert E. Boone III, California Bar No. 132780<br>Douglas Thompson, California Bar No. 155619 |
| 2 | Jennifer A. Jackson, California Bar No. 192998<br>**BRYAN CAVE LLP** |
| 3 | 120 Broadway, Suite 300<br>Santa Monica, California  90401-2386 |
| 4 | Telephone:   (310) 576-2100<br>Facsimile:    (310) 576-2200 |
| 5 | E:Mail:       reboone@bryancave.com<br>                  douglas.thompson@bryancave.com |
| 6 |                  jjackson@bryancave.com |
| 7 | Attorneys for Defendants<br>BANK OF AMERICA CORPORATION; |
| 8 | AND FIA CARD SERVICES, N.A. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN M. CHAVEZ, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>       vs.<br><br>BANK OF AMERICA CORPORATION; INTERSECTIONS INC.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 – 100,<br><br>             Defendants. | Case No. CV10-00653-JCS<br><br>**SUBSTITUTION OF ATTORNEY** |

SM01DOCS805990.1

SUBSTITUTION OF ATTORNEY
CASE NO. CV10-00653-JCS

|   |   |
|---|---|
| 1 | Notice is hereby given that, subject to approval by the Court, defendants BANK OF AMERICA CORPORATION and FIA CARD SERVICES, N.A. hereby substitute the law firm of Bryan Cave LLP as counsel of record in place of Reed Smith LLP. |

I consent to the above substitution:

Date: October 8, 2010

BANK OF AMERICA CORPORATION

By: _/s/ Kuen E. Navarr_

Its: Assistant General Counsel

Date: October 8, 2010

FIA CARD SERVICES, N.A.

By: _/s/ Kuen E. Navarr_

Its: Assistant General Counsel

I consent to being substituted:

Date: October ___, 2010

**REED SMITH LLP**
DAVID C. POWELL
HEATHER HOESTEREY

By: _____
Heather Hoesterey

I consent to the above substitution.

Date: October ___, 2010

**BRYAN CAVE LLP**
ROBERT E. BOONE III
DOUGLAS A. THOMPSON
JENNIFER A. JACKSON

By: _____
Jennifer A. Jackson

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1  Notice is hereby given that, subject to approval by the Court, defendants BANK OF
2  AMERICA CORPORATION and FIA CARD SERVICES, N.A. hereby substitute the law
3  firm of Bryan Cave LLP as counsel of record in place of Reed Smith LLP.
4
5  I consent to the above substitution:
6  Date: October __, 2010                    BANK OF AMERICA CORPORATION
7                                            By: _____
8                                            Its:
9
10 Date: October __, 2010                    FIA CARD SERVICES, N.A.
11                                           By: _____
12                                           Its:
13
14 I consent to being substituted:
15 Date: October 8, 2010                     **REED SMITH LLP**
                                             DAVID C. POWELL
16                                           HEATHER HOESTEREY
17                                           By: _[signature]_____
18                                               Heather Hoesterey
19
20 I consent to the above substitution.
21 Date: October __, 2010                    **BRYAN CAVE LLP**
                                             ROBERT E. BOONE III
22                                           DOUGLAS A. THOMPSON
                                             JENNIFER A. JACKSON
23
24                                           By: _____
25                                               Jennifer A. Jackson
26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS805990.1                              1
                                   SUBSTITUTION OF ATTORNEY
                                   CASE NO. CV10-00653-JCS

1  Notice is hereby given that, subject to approval by the Court, defendants BANK OF
2  AMERICA CORPORATION and FIA CARD SERVICES, N.A. hereby substitute the law
3  firm of Bryan Cave LLP as counsel of record in place of Reed Smith LLP.

4
5  I consent to the above substitution:

6  Date: October __, 2010                    BANK OF AMERICA CORPORATION

7                                            By: _____
8                                            Its: _____

9  Date: October __, 2010                    FIA CARD SERVICES, N.A.
10

11                                           By: _____
12                                           Its: _____

13
14  I consent to being substituted:

15  Date: October __, 2010                   **REED SMITH LLP**
                                             DAVID C. POWELL
16                                           HEATHER HOESTEREY

17                                           By: _____
18                                                Heather Hoesterey

19
20  I consent to the above substitution.

21  Date: October 8, 2010                    **BRYAN CAVE LLP**
                                             ROBERT E. BOONE III
22                                           DOUGLAS A. THOMPSON
                                             JENNIFER A. JACKSON
23

24                                           By: */s/ Jennifer A. Jackson*
25                                                Jennifer A. Jackson

26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS805990.1                            1
                              SUBSTITUTION OF ATTORNEY
                              CASE NO. CV10-00653-JCS

| | |
|---|---|
| 1 | The substitution of attorney is hereby approved and so ORDERED. |
| 2 | |
| 3 | Date: ___10/15_____, 2010 _____ |
| 4 | Hon. Joseph C. Spero |
| 5 | United States Magistrate Judge |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On October 8, 2010, I served the foregoing document, described as**:**

**SUBSTITUTION OF ATTORNEY**

on each interested party in this action, as follows:

☐ (BY MAIL) I placed a true copy (or original) of the foregoing document(s) in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (VIA ELECTRONIC SERVICE): The document(s) will be served via The United States District Court – Northern District's CM/ECF case management system which generates a Notice of Electronic Filing (NEF) upon the assigned judge and any registered party or user in the case.

Executed on October 8, 2010, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

          */s/ Sherri Gramza*
          Sherri Gramza

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

3
SUBSTITUTION OF ATTORNEY
CASE No. CV10-00653-JCS