# GLANCY BINKOW & GOLDBERG LLP
ATTORNEYS AT LAW

| NEW YORK OFFICE | 1801 AVENUE OF THE STARS, SUITE 311<br>LOS ANGELES, CALIFORNIA 90067 | SAN FRANCISCO OFFICE |
|---|---|---|
| 1430 BROADWAY SUITE 1603<br>NEW YORK, NY 10018<br>TELEPHONE (212) 382-2221<br>FACSIMILE (212) 382-3944 | TELEPHONE (310) 201-9150<br>FACSIMILE (310) 201-9160<br>info@glancylaw.com | 455 MARKET ST., SUITE 1810<br>SAN FRANCISCO, CA 94105<br>TELEPHONE: (415) 972-8160<br>FACSIMILE: (415) 972-8166 |

VIA ELECTRONIC FILING

March 14, 2011

The Honorable Joseph C. Spero
U.S. Magistrate Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102-3483

    Re:    *Steven M. Chavez v. Bank of America Corporation, et al.*
            N.D. CA Case No. 10-CV-00653-JCS

Dear Judge Spero:

    I represent the plaintiff, Steven M. Chavez, in the above-referenced matter. Both opposing counsel in this action have requested permission to appear at the March 18, 2011, case management conference by telephone. In the event the Court grants their requests, I would also like to request permission to appear via telephone (on the conference call which Bank of America's counsel, Jennifer A. Jackson, has offered to coordinate).

                                    Sincerely,

                                      */s/ Kevin F. Ruf*
                                    Kevin F. Ruf

KFR/CT

cc:    Jennifer A. Jackson, Esq.
        Steven Bledsoe, Esq.
        Steven Haskins, Esq.
        Paul Rigali, Esq.
        Robert E. Boone III, Esq.
        (All via e-mail)

Dated: March 15, 2011



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On March 14, 2011, I caused to be served the following document:

**LETTER TO JUDGE JOSEPH C. SPERO RE TELEPHONIC APPEARANCE**

By posting this document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

There are no non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2011, at Los Angeles, California.

                    *s/ Kevin F. Ruf*
                    Kevin F. Ruf

# Mailing Information for a Case 3:10-cv-00653-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steven E. Bledsoe**
  bledsoe.steven@arentfox.com,chan.omelia@arentfox.com

- **Robert E. Boone , III**
  reboone@bryancave.com,jmsmith@bryancave.com,jenny.cruzazucar@bryancave.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com

- **Steven Alan Haskins**
  haskins.steven@arentfox.com,chan.omelia@arentfox.com

- **Jennifer A. Jackson**
  jjackson@bryancave.com,sherri.gramza@bryancave.com

- **Paul Anthony Rigali**
  rigali.paul@arentfox.com,rubio.evaangelina@arentfox.com

- **Kevin Francis Ruf**
  info@glancylaw.com,kevinruf@yahoo.com,jamsellem@glancylaw.com,cturner@glancylaw.com

- **Douglas Andrew Thompson**
  Douglas.Thompson@bryancave.com,jenny.cruzazucar@bryancave.com

- **Coby Marie Turner**
  cturner@glancylaw.com

- **Jed P. White**
  jed.white@bryancave.com,kima@bryancave.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)