

Jennifer A. Jackson
Managing Partner, Los Angeles Office
Direct: (310) 576-2360
jjackson@bryancave.com

March 14, 2011

**VIA ELECTRONIC FILING**

The Honorable Joseph C. Spero,
U.S. Magistrate Judge
U.S. District Court of California – Northern
450 Golden Gate Avenue
San Francisco, CA  94102-3483

Re:   Steven M. Chavez v. Bank of America Corporation, et al.
      N.D. Cal. Case No. 10-CV-00653-JCS

Dear Judge Spero:

I represent defendants Bank of America, N.A. and FIA Card Services, N.A. in the above-referenced matter. Pursuant to the Clerk's instructions, I am writing to request permission to appear telephonically at the Subsequent Case Management Conference scheduled on March 18, 2011, at 1:30 p.m. I understand from the Clerk that the Court's conferencing equipment does not allow the conferencing in of more than one party, and that counsel for defendant Intersections, Inc. has already requested permission to appear telephonically at the Subsequent Case Management Conference. If the Court grants both requests, my office will arrange for setting up the conference call and provide a dial-in number for everyone participating telephonically.

Sincerely,

/s/ Jennifer A. Jackson
Jennifer A. Jackson

Dated:  March 15, 2011

JAJ/sg

cc:   Kevin Ruf, Esq.
      Marc Godino, Esq.
      Coby Turner, Esq.
      Steven Bledsoe, Esq.
      Steven Haskins, Esq.
      Paul Rigali, Esq.
      Robert E. Boone III, Esq.



Bryan Cave LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
Tel (310) 576-2100
Fax (310) 576-2200
www.bryancave.com

**Bryan Cave Offices**
Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Milan
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave International Trade**
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo