1   Steven E. Bledsoe (SBN 157811)
    Steven A. Haskins (SBN 238865)
2   Paul A. Rigali (SBN 262948)
    **ARENT FOX LLP**
3   555 West Fifth Street, 48th Floor
    Los Angeles, CA  90013-1065
4   Telephone:    213.629.7400
    Facsimile:    213.629.7401
5   bledsoe.steven@arentfox.com
    haskins.steven@arentfox.com
6   rigali.paul@arentfox.com

7   Attorneys for Defendant
    INTERSECTIONS INC.

8
                **UNITED STATES DISTRICT COURT**
9
                **NORTHERN DISTRICT OF CALIFORNIA**
10
                **SAN FRANCISCO DIVISION**
11

12
    PATRICIA VANHORN, RICHARD          Case No.  3:10-cv-00653-JCS
13  ALBAUGH, and PATRICK MULCAHY,
    individually and on behalf of all others   [Assigned to Magistrate Judge Joseph C. Spero]
14  similarly situated,
                                        **STIPULATION TO EXTEND THE TIME**
15              Plaintiffs,             **WITHIN WHICH DEFENDANTS MAY**
                                        **RESPOND TO PLAINTIFFS' THIRD**
16          v.                          **AMENDED COMPLAINT**

17  BANK OF AMERICA N.A.;              Complaint Filed:   April 18, 2011
    INTERSECTIONS INC.; FIA CARD       Trial Date:        None Set
18  SERVICES, NATIONAL
    ASSOCIATION; and DOES 1 - 100,
19
                Defendants.
20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT
[CASE NO. 3:10-CV-00653-JCS]

1          Plaintiffs Patricia Vanhorn, Richard Albaugh, and Patrick Mulcahy ("Plaintiffs") and

2   defendants Bank of America N.A., Intersections Inc., and FIA Card Services, N.A.

3   ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

4          WHEREAS, Plaintiffs filed the Third Amended Complaint in the above-captioned action

5   on April 18, 2011;

6          WHEREAS, Plaintiffs have agreed to extend the time within which Defendants may

7   answer or otherwise respond to the complaint until May 18, 2011;

8          WHEREAS, the extension will not alter the date of any event or any deadline already

9   fixed by the Court;

10          WHEREAS, counsel for Plaintiffs and counsel for Bank of America N.A., and FIA Card

11   Services, N.A. have authorized Defendant Intersections Inc. to affix their electronic signatures to

12   this Stipulation;

13          THEREFORE, the Parties hereby submit this written Stipulation To Extend The Time

14   Within Which Defendants May Respond to Plaintiffs' Third Amended Complaint, pursuant to

15   United States District Court for the Northern District of California, Local Rule 6-1(a).

16          IT IS SO STIPULATED.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  Dated: April 28, 2011                    **ARENT FOX LLP**

2

3                                           By: _____/s/ Steven E. Bledsoe_____
                                                Steven E. Bledsoe
4                                           Attorneys for Defendant
                                            INTERSECTIONS INC.
5

   Dated: April 28, 2011                    **BRYAN CAVE LLP**
6

7

8                                           By: _____/s/ Jennifer Jackson_____
                                                Jennifer Jackson
9                                           Attorneys for Defendants
                                            BANK OF AMERICA N.A. and FIA CARD
                                            SERVICES, N.A.
10

   Dated: April 28, 2011                    **GLANCY BINKOW & GOLDBERG LLP**
11

12

13                                          By: _____/s/ Coby M. Turner_____
                                                Coby M. Turner
14                                          Attorneys for Plaintiffs
                                            PATRICIA VANHORN, RICHARD
15                                          ALBAUGH, and PATRICK MULCAHY

16

17

18  Dated: May 2, 2011

19                         IT IS SO ORDERED

20                         Judge Joseph C. Spero

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT
[CASE NO. 3:10-CV-00653-JCS]