Steven E. Bledsoe (SBN 157811)
Steven A. Haskins (SBN 238865)
Paul A. Rigali (SBN 262948)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
bledsoe.steven@arentfox.com
haskins.steven@arentfox.com
rigali.paul@arentfox.com

Attorneys for Defendant
INTERSECTIONS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA VANHORN, RICHARD ALBAUGH, and PATRICK MULCAHY, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA N.A.; INTERSECTIONS INC.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100,<br><br>         Defendants. | Case No. 3:10-cv-00653-JCS<br><br>[Assigned to Magistrate Judge Joseph C. Spero]<br><br>**STIPULATION ESTABLISHING A BRIEFING SCHEDULE RELATED TO DEFENDANTS' MOTIONS PENDING ARBITRATION PURSUANT TO THE FEDERAL ARBITRATION ACT**<br><br>Complaint Filed:   April 18, 2011<br>Trial Date:           None Set |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION RE: DEFENDANTS' MOTIONS PENDING ARBITRATION
PURSUANT TO THE FEDERAL ARBITRATION ACT  [CASE NO. 3:10-CV-00653-JCS]

1   Plaintiffs Patricia Vanhorn, Richard Albaugh, and Patrick Mulcahy ("Plaintiffs") and
2   defendants Bank of America N.A., Intersections Inc., and FIA Card Services, N.A.
3   ("Defendants"), by and through their undersigned counsel, hereby agree as follows:
4   WHEREAS, Plaintiffs filed the Third Amended Complaint in the above-captioned action
5   on April 18, 2011;
6   WHEREAS, the Parties previously stipulated that Defendants shall have until May 18,
7   2011 to answer or otherwise respond to the Third Amended Complaint, and the Court signed such
8   stipulation on May 2, 2011;
9   WHEREAS, the Parties, by and through their counsel of record, appeared at a further case
10  management conference conducted on May 6, 2011;
11  WHEREAS, on May 6, 2011, the Defendants notified the Court that one or both will file a
12  motion to enforce an existing arbitration agreement between the parties (the "Motion(s)");
13  WHEREAS, the Court ordered the Parties to submit a proposed briefing schedule relating
14  to the filing of the Motion(s);
15  WHEREAS, counsel for Plaintiffs and counsel for Bank of America N.A., and FIA Card
16  Services, N.A. have authorized Defendant Intersections Inc. to affix their electronic signatures to
17  this Stipulation;
18  THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate that
19  upon approval of the Court:
20      1. Defendants shall file the Motion(s) on June 10, 2011;
21      2. Plaintiffs will file any opposition on or before July 8, 2011;
22      3. Defendants will file any reply on or before July 29, 2011;
23      4. The hearing on the Motion(s) shall be on ~~August 12, 2011~~ September 2, 2011, at 9:30 AM, or as soon thereafter as
24         is practicable and convenient for the Court;
25      5. Defendants' deadline to file responsive pleadings is vacated pending entry of an
26         Order resolving the Motion(s).
27
28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -
STIPULATION RE: DEFENDANTS' MOTIONS PENDING ARBITRATION
PURSUANT TO THE FEDERAL ARBITRATION ACT [CASE NO. 3:10-CV-00653-JCS]

| | |
|---|---|
| 1   Dated: May 12, 2011 | **ARENT FOX LLP** |
| 2 | |
| 3 | By:   */s/ Steven E. Bledsoe* |
| 4 | Steven E. Bledsoe<br>Attorneys for Defendant<br>INTERSECTIONS INC. |
| 5   Dated: May 12, 2011 | **BRYAN CAVE LLP** |
| 6 | |
| 7 | |
| 8 | By:   */s/ Jennifer Jackson*<br>Jennifer Jackson |
| 9 | Attorneys for Defendants<br>BANK OF AMERICA N.A. and FIA CARD<br>SERVICES, N.A. |
| 10 | |
| 11   Dated: May 12, 2011 | **GLANCY BINKOW & GOLDBERG LLP** |

Dated: May 12, 2011    **ARENT FOX LLP**

By: */s/ Steven E. Bledsoe*
Steven E. Bledsoe
Attorneys for Defendant
INTERSECTIONS INC.

Dated: May 12, 2011    **BRYAN CAVE LLP**

By: */s/ Jennifer Jackson*
Jennifer Jackson
Attorneys for Defendants
BANK OF AMERICA N.A. and FIA CARD SERVICES, N.A.

Dated: May 12, 2011    **GLANCY BINKOW & GOLDBERG LLP**

By: */s/ Coby M. Turner*
Coby M. Turner
Attorneys for Plaintiffs
PATRICIA VANHORN, RICHARD ALBAUGH, and PATRICK MULCAHY

**IT IS SO ORDERED.**

Dated: May 23, 2011

[Signature: Judge Joseph C. Spero]
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION RE: DEFENDANTS' MOTIONS PENDING ARBITRATION
PURSUANT TO THE FEDERAL ARBITRATION ACT  [CASE NO. 3:10-CV-00653-JCS]

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES