KEVIN F. RUF (SBN 136901)
MARC L. GODINO (SBN 182689)
JALA A. AMSELLEM (SBN 129175)
COBY M. TURNER (SBN 266298)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201 -9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiffs Patricia Vanhorn,
Richard Albaugh, and Patrick Mulcahy*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PATRICIA VANHORN, RICHARD ALBAUGH, AND PATRICK MULCAHY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100,<br><br>Defendants. | Case No. 3:10-cv-00653-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER STATUS AND SCHEDULING CONFERENCE**<br><br>Magistrate Judge Joseph C. Spero |

Pursuant to Local Rule 7-12, this Stipulation is entered into by and among Plaintiffs Patricia Vanhorn, Richard Albaugh, and Patrick Mulcahy ("Plaintiffs"), and Defendants Bank of America, N.A. (BANA), and FIA Card Services, N.A. ("FIA Card Services") (Plaintiffs and Defendants are collectively referred to as the "Parties"), through their respective counsel with reference to the following:

**RECITALS**

WHEREAS this case had been ordered stayed pending two events: (i) the arbitration of the claims of Plaintiffs Mulcahy and Vanhorn against former defendant Intersections Inc. ("Intersections"); and (ii) an evidentiary hearing before this Court to determine whether the claims of Plaintiff Albaugh against Intersections should similarly be ordered to arbitration (*see* Dkt. No. 113);

WHEREAS subsequent to the above referenced order, Plaintiffs' claims against Intersections have been dismissed (Dkt. No. 115);

**STIPULATIONS**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this action through their undersigned counsel that, with the Court's approval:

1. A further status conference to determine how this case should proceed against the remaining Defendants shall be set at the Court's earliest convenience.

DATED: November 9, 2011

GLANCY BINKOW & GOLDBERG LLP

By : *s/ Coby M. Turner*
Coby M. Turner
Kevin Ruf
Marc L. Godino
Jala A. Amsellem
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiffs Patricia Vanhorn, Richard Albaugh, and Patrick Mulcahy*

STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER STATUS AND SCHEDULING
CONFERENCE                                              CASE NO. 10-CV-00653-JCS

DATED: November 9, 2011

BRYAN CAVE LLP

By: *s/ Jennifer A. Jackson*
Jennifer A. Jackson
Robert E. Boone III
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2100

*Attorneys for Defendants Bank of America, N.A., and FIA Card Services, N.A.*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. A further status conference to determine how this case should proceed against the remaining Defendants is set for December 16, 2011 at 1:30 p.m.

Dated: November 14, 2011

_____
Judge Joseph C. Spero

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court.  I am over the age of 18 and not a party to the within action.  My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California  90067.

On November 9, 2011, I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER STATUS AND SCHEDULING CONFERENCE**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

There are no non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 9, 2011, at Los Angeles, California.

       *s/ Coby M. Turner*
       Coby M. Turner

CERTIFICATE OF SERVICE

# Mailing Information for a Case 3:10-cv-00653-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jala Arlene Amsellem**
  jamsellem@glancylaw.com

- **Steven E. Bledsoe**
  bledsoe.steven@arentfox.com,chan.omelia@arentfox.com

- **Robert E. Boone , III**
  reboone@bryancave.com,jmsmith@bryancave.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Steven Alan Haskins**
  haskins.steven@arentfox.com,chan.omelia@arentfox.com

- **Jennifer A. Jackson**
  jjackson@bryancave.com,sherri.gramza@bryancave.com

- **Paul Anthony Rigali**
  rigali.paul@arentfox.com,rubio.evaangelina@arentfox.com

- **Kevin Francis Ruf**
  info@glancylaw.com,kevinruf@yahoo.com,jamsellem@glancylaw.com,cturner@glancylaw.com

- **Douglas Andrew Thompson**
  Douglas.Thompson@bryancave.com,jenny.cruzazucar@bryancave.com

- **Coby Marie Turner**
  cturner@glancylaw.com,cturner@glancylaw.com

- **Jed P. White**
  jed.white@bryancave.com,kima@bryancave.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)