KEVIN F. RUF (SBN 136901)
MARC L. GODINO (SBN 182689)
COBY M. TURNER (SBN 266298)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiffs Patricia Vanhorn,
Richard Albaugh, and Patrick Mulcahy*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PATRICIA VANHORN, RICHARD ALBAUGH, AND PATRICK MULCAHY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; FIA CARD SERVICES, NATIONAL ASSOCIATION; and DOES 1 - 100,<br><br>Defendants. | Case No. 3:10-cv-00653-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>Magistrate Judge Joseph C. Spero |

1  Pursuant to Local Rule 7-12, this Stipulation is entered into by and among Plaintiffs
2  Patricia Vanhorn, Richard Albaugh, and Patrick Mulcahy ("Plaintiffs"), and Defendants Bank of
3  America, N.A. (BANA), and FIA Card Services, N.A. ("FIA Card Services") (Plaintiffs and
4  Defendants are collectively referred to as the "Parties"), through their respective counsel with
5  reference to the following:

**RECITALS**

7  WHEREAS, the Court issued an Order on Defendants' Motion to Dismiss the Third
8  Amended Complaint on May 4, 2012, granting Plaintiffs leave to amend their Complaint in
9  accordance with the Court's Order (Dkt. No. 127);

10  WHEREAS, the Parties agreed on the briefing schedule stipulated to below; and

11  WHEREAS, Ms. Turner attests that concurrence in the filing of this document has been
12  obtained from each of the signatories thereto.

**STIPULATIONS**

14  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the Parties to this
15  action through their undersigned counsel that, with the Court's approval:

16  1. Plaintiffs shall file any Fourth Amended Complaint by June 11, 2012.

17  2. In the event that Plaintiffs will not amend their Complaint, Plaintiffs will notify
18  Defendants and the Parties will establish a deadline for Defendants' answer to the Third
19  Amended Complaint.

20  3. Should Plaintiffs file a Fourth Amended Complaint, the Parties will negotiate a
21  date for Defendants' response once the Fourth Amended Complaint is filed with the Court.

| | |
|---|---|
| DATED: May 15, 2012 | GLANCY BINKOW & GOLDBERG LLP |
| | By : *s/ Coby M. Turner* |
| | Coby M. Turner<br>Kevin Ruf<br>Marc L. Godino<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310-201-9150<br>Facsimile: 310-201-9160<br>E-mail: info@glancylaw.com |
| | *Attorneys for Plaintiffs Patricia Vanhorn, Richard Albaugh, and Patrick Mulcahy* |
| DATED: May 15, 2012 | BRYAN CAVE LLP |
| | By: *s/ Jennifer A. Jackson* |
| | Jennifer A. Jackson<br>Robert E. Boone III<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Telephone: (310) 576-2100 |
| | *Attorneys for Defendants Bank of America, N.A., and FIA Card Services, N.A.* |

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: May __15__, 2012

_____
Judge [signature: Judge Joseph C. Spero]

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On May 15, 2012, I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' FOURTH AMENDED COMPLAINT**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

There are no non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 15, 2012, at Los Angeles, California.

　　　　　　　　　　　　　　　*s/ Coby M. Turner*
　　　　　　　　　　　　　　　Coby M. Turner

# Mailing Information for a Case 3:10-cv-00653-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jala Arlene Amsellem**
  jamsellem@glancylaw.com

- **Steven E. Bledsoe**
  bledsoe.steven@arentfox.com,chan.omelia@arentfox.com

- **Robert E. Boone , III**
  reboone@bryancave.com,jmsmith@bryancave.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Steven Alan Haskins**
  haskins.steven@arentfox.com,chan.omelia@arentfox.com

- **Jennifer A. Jackson**
  jjackson@bryancave.com,sherri.gramza@bryancave.com

- **Brian James Recor**
  brian.recor@bryancave.com,alicia.moore@bryancave.com

- **Paul Anthony Rigali**
  rigali.paul@arentfox.com,park.haewon@arentfox.com

- **Kevin Francis Ruf**
  info@glancylaw.com,egonsiorowski@glancylaw.com,kevinruf@yahoo.com,kevinruf@gmail.com,cturner@glancylaw.com

- **Douglas Andrew Thompson**
  Douglas.Thompson@bryancave.com,jenny.cruzazucar@bryancave.com

- **Coby Marie Turner**
  cturner@glancylaw.com

- **Jed P. White**
  jed.white@bryancave.com,kima@bryancave.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`