1  Robert E. Boone III, California Bar No. 132780
   Jennifer A. Jackson, California Bar No. 192998
2  Brian J. Recor, California Bar No. 229091
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, California  90401-2386
4  Telephone:     (310) 576-2100
   Facsimile:     (310) 576-2200
5  E-Mail: reboone@bryancave.com
               jjackson@bryancave.com
6              brian.recor@bryancave.com

7  Attorneys for Defendants
   BANK OF AMERICA, N.A. and
8  FIA CARD SERVICES, N.A.

9              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION

11 PATRICIA VANHORN, RICHARD         | Case No.  3:10-cv-00653-JCS
   ALBAUGH, AND PATRICK
12 MULCAHY, Individually and On Behalf
   of All Others Similarly Situated,
13
                                     | **STIPULATION AND [~~PROPOSED~~]
14              Plaintiff,            | ORDER REGARDING DEFENDANTS'
                                      | RESPONSE TO PLAINTIFFS' THIRD
15 v.                                 | AMENDED COMPLAINT AND CLASS
                                      | CERTIFICATION DEADLINE**
16 BANK OF AMERICA, N.A.; FIA CARD
   SERVICES, NATIONAL
17 ASSOCIATION; and DOES 1 - 100,
                                     | Magistrate Judge Joseph C. Spero
18              Defendants.

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 7-12, this Stipulation is entered into by and among Plaintiffs Patricia Vanhorn, Richard Albaugh, and Patrick Mulcahy ("Plaintiffs"), and Defendants Bank of America, N.A. (BANA), and FIA Card Services, N.A. ("FIA Card Services") (Plaintiffs and Defendants are collectively referred to as the "Parties"), through their respective counsel with reference to the following:

**RECITALS**

WHEREAS, on December 14, 2011, the Court issued an Order setting the deadline for Plaintiffs to move for class certification as August 1, 2012 (Dkt No. 119);

WHEREAS, on May 4, 2012, the Court issued an Order on Defendants' Motion to Dismiss the Third Amended Complaint, granting Plaintiffs leave to amend their pleading in accordance with the Court's Order (Dkt. No. 127);

WHEREAS, on May 15, 2012, the Court granted the parties' stipulation to allow Plaintiffs up to June 11, 2012 to file an amended pleading (Dkt. No. 129);

WHEREAS, Plaintiffs have chosen not to amend the Third Amended Complaint and the only remaining Plaintiff is Richard Albaugh;

WHEREAS, the parties stipulate to extend Defendants' time to respond to the Third Amended Complaint, as modified by the Court's Mary 4, 2012 Order, and Plaintiff's time to move for class certification; and

WHEREAS, Mr. Recor attests that concurrence in the filing of this document has been obtained from each of the signatories thereto.

//

//

1

1      **STIPULATIONS**

2          NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties to this

3   action through their undersigned counsel that, with the Court's approval:

4          1.      Defendants will file an answer to the Third Amended Complaint by July 11, 2012.

5          2.      Plaintiff Richard Albaugh will file a motion for class certification by October 1,

6   2012.

7

8   DATED:  June 14, 2012                    GLANCY BINKOW & GOLDBERG LLP

9                                            By : /s/ Kevin Ruf
                                             _____
10                                           Kevin Ruf

11                                           *Attorneys for Plaintiffs Patricia Vanhorn,*
                                             *Richard Albaugh, and Patrick Mulcahy*
12

13  DATED:  June 14, 2012                    BRYAN CAVE LLP

14                                           By: /s/ Brian J. Recor
                                             _____
                                             Brian J. Recor
15
                                             *Attorneys for Defendants Bank of America, N.A.,*
16                                           *and FIA Card Services, N.A.*

17

18

19                          [~~PROPOSED~~] ORDER

20          PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO

21  ORDERED.

22

23  Dated:  June  15 , 2012                  _____

24                                           Judge

25                                           Judge Joseph C. Spero

26

27

28
                                             2
                      STIPULATION REGARDING RESPONSE TO PLAINTIFFS'
                      THIRD AMENDED COMPLAINT -- CASE NO. 10-CV-00653-JCS

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On June 14, 2012, I served the foregoing document, described as: **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT AND CLASS CERTIFICATION DEADLINE**, on each interested party in this action, as follows:

Kevin F. Ruf (SBN 136901)
Marc L. Godino (SBN 182689)
Coby M. Turner (SBN 266298)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:  310-201-9150
Facsimile:  310-201 -9160
E-mail:    info@glancylaw.com

☒    (VIA MAIL)  I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐    (VIA UPS OVERNIGHT)  I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☒    (BY CM/ECF)  The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case.  Each transmission was reported as complete and without error.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 14, 2012 at Santa Monica, California.

/s/ Alicia Moore
Alicia Moore