1  KEVIN F. RUF (SBN 136901)
   MARC L. GODINO (SBN 182689)
2  GLANCY BINKOW & GOLDBERG LLP
   1925 Century Park East, Suite 2100
3  Los Angeles, CA 90067
   Telephone: 310-201-9150
4  Facsimile: 310-201 -9160
   E-mail:    info@glancylaw.com
5
   *Attorneys for Plaintiff Richard Albaugh*
6

7

8                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
9                   **SAN FRANCISCO DIVISION**

10

11  RICHARD ALBAUGH, Individually,        Case No.  3:10-cv-00653-JCS

12          Plaintiff,

13  v.                                    **STIPULATION OF VOLUNTARY**
                                          **DISMISSAL WITH PREJUDICE**
14  BANK OF AMERICA, N.A.; FIA CARD
    SERVICES, NATIONAL
15  ASSOCIATION; and DOES 1 - 100,
                                          Magistrate Judge Joseph C. Spero
16          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28
                STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
                                 10-CV-00653-JCS

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE THAT in accordance with Rule 41(a)(1)(A)(ii) of the  Federal

3  Rules of Civil Procedure, plaintiff Richard Albaugh hereby dismisses, with prejudice, his

4  complaint against defendants Bank of America, N.A. and FIA Card Services, N.A.  in the above-

5  captioned case.  Each party shall bear its own costs and attorneys fees.

6

7        Although this case was filed as a class action, it was never certified.  Further, although

8  there were previously other plaintiffs in this action, the only current plaintiff is Richard Albaugh.

9  Therefore, this dismissal terminates this action.

10

11  Dated:  October 9, 2012                    GLANCY BINKOW & GOLDBERG LLP

12

13                                             By:  *s/ Kevin F. Ruf*

14                                             Kevin F. Ruf
                                               Marc L. Godino
15                                             1925 Century Park East, Suite 2100
                                               Los Angeles, CA 90067
16                                             Telephone:  310-201-9150
                                               Facsimile:  310-201 -9160
17                                             E-mail:     info@glancylaw.com

18                                             *Attorneys for Plaintiff Richard Albaugh*

19
    Dated:  October 9, 2012                    BRYAN CAVE LLP
20

21                                             By:  *s/ Jennifer A. Jackson*

22  Dated: 10/22/12                            Jennifer A. Jackson
                                               Robert E. Boone, III
23                                             Brian J. Recor
                                               120 Broadway, Suite 300
24                                             Santa Monica, CA 90401
                                               Telephone:  310-576-2100
25                                             Facsimile:  310-576-2200
                                               E-mail:     jjackson@bryancave.com
26
                                               *Attorneys for Defendants Bank of America,*
27                                             *N.A. and FIA Card Services, National*
                                               *Association*
28
                     STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
                                         10-CV-00653-JCS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On October 17, 2012, I caused to be served the following document:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

There are no non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 17, 2012, at Los Angeles, California.

*s/ Kevin F. Ruf*
Kevin F. Ruf

# Mailing Information for a Case 3:10-cv-00653-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jala Arlene Amsellem**
  jamsellem@glancylaw.com

- **Steven E. Bledsoe**
  bledsoe.steven@arentfox.com,chan.omelia@arentfox.com

- **Robert E. Boone , III**
  reboone@bryancave.com,jmsmith@bryancave.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Steven Alan Haskins**
  haskins.steven@arentfox.com,chan.omelia@arentfox.com

- **Jennifer A. Jackson**
  jjackson@bryancave.com,sherri.gramza@bryancave.com

- **Brian James Recor**
  brian.recor@bryancave.com,alicia.moore@bryancave.com

- **Paul Anthony Rigali**
  rigali.paul@arentfox.com,park.haewon@arentfox.com

- **Kevin Francis Ruf**
  info@glancylaw.com,egonsiorowski@glancylaw.com,kevinruf@yahoo.com,kevinruf@gmail.com,cturner@glancylaw.com

- **Douglas Andrew Thompson**
  Douglas.Thompson@bryancave.com,jenny.cruzazucar@bryancave.com

- **Coby Marie Turner**
  cturner@glancylaw.com

- **Jed P. White**
  jed.white@bryancave.com,kima@bryancave.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)